IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

DARLENE GIBBS, *et al., on behalf of themselves and all others similarly situated,*

    Plaintiffs,

v.

PLAIN GREEN, LLC. *et al,*

    Defendants.

Case No: 3:17-cv-00495-MHL

---

TAMARA PRICE, *et. al., on behalf of themselves and all others similarly situated,*

    Plaintiffs,

v.

MOBILOANS, LLC,

    Defendant.

Case No: 3-18-cv-711-MHL

---

DARLENE GIBBS, *et al., on behalf of themselves and all others similarly situated,*

    Plaintiffs,

v.

MARK CURRY, *et al,*

    Defendants.

Case No: 3:18-cv-00654-MHL

---

## <u>ORDER</u>

This matter comes before the Court on Plaintiffs' Consent Motion to Consolidate the above referenced matters. Upon consideration of the Motion, and for good cause shown, it is

hereby ORDERED that the Motion is GRANTED. The Court hereby consolidates the matters *Gibbs, et al. v. Plain Green, LLC at al.*, Case No. 3:17-cv-00495-MHL (E.D. Va.); *Price, et al. v MobiLoans, LLC*, Case No. 3:18-cv-711-MHL (E.D. Va.); and *Gibbs, et al. v. Curry, et al.*, Case No. 3:18-cv-00654-MHL (E.D. Va.), for settlement purposes only. Any future filings should be filed in Case No: 3:17-cv-00495 (E.D. Va) while this Order remains in effect.

IT IS SO ORDERED.

6/26/19 /s/ MHL
M. Hannah Lauck
United States District Judge

Dated: _____

M. Hannah Lauck
United States District Judge