IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TAMARA PRICE, *et al.*,

    Plaintiffs,

v.                                          Civil Action No. 3:18cv711

MOBILOANS, LLC,

    Defendant.

## ORDER

This matter comes before the Court on two pending motions. For the reasons stated from the bench at the July 16, 2019 hearing on the Motion for Preliminary Approval, the Court DENIES WITHOUT PREJUDICE the Motion to Dismiss, (ECF No. 11), and the Motion to Permit Jurisdictional Discovery, (ECF No. 16).

It is SO ORDERED.

                                                                  /s/
                                                     M. Hannah Lauck
                                                     United States District Judge

Date: 07/17/19
Richmond, Virginia